IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **13-cr-385-JLK**

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.

1.  **JEREEK HOWARD,**
2.  **JASON STEELE,**

   Defendant.

---

# MINUTE ORDER
# SETTING TRIAL DATE AND OTHER DEADLINES

---

Judge John L. Kane **ORDERS**

 All pretrial motions in this matter are due on or before **October 21, 2013;** responses to these motions are due **November 5, 2013**. It is

 FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **November 21, 2013, at 10:00 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

 FURTHER ORDERED that a **5-day jury trial** is set for **December 2, 2013 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: September 30, 2013